# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelly Elliott aka Kelly Silfies aka Kelly Ann Elliott-Silfies<br>Edward Silfies aka Ed Silfies<br>Debtors | BK NO. 16-04475 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T BANK, and index same on the master mailing list.

Re: Loan # Ending In: 4124

Respectfully submitted,

**/s/ Michael J. Clark, Esquire** ___
Michael J. Clark, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734
Attorney for Movant/Applicant