```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                         Case No. 16-04475-JJT
Edward Silfies                                                 Chapter 13
Kelly Elliott
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5       User: karendavi          Page 1 of 1      Date Rcvd: Dec 07, 2016
                           Form ID: ntnew341        Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
```
db/jdb         +Edward Silfies,    Kelly Elliott,    28 Robin Lane,    Hawley, PA 18428-8284
4850027        +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
4850028       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:   American Honda Finance,    1220 Old Alpharetta Road,
                   Alpharetta, GA 30005)
4858760         Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
4850030        +Convergent Outsourcing,    Po Box 9004,   Renton, WA 98057-9004
4850032        +National Recovery Agen,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4858173        +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4859712        +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
4850036        +Santander Consumer USA,    Po Box 961245,   Fort Worth, TX 76161-0244
4850035        +Santander Consumer Usa,    Po Box 961245,   Ft Worth, TX 76161-0244
4850037         Syncb/polaris Consumer,    C/o Po Box 6153,    Rapid City, SD 57709
4850038        +Tridentasset.com,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
4850039        +Wayne Enterprises,    742 Main Street Suite 2,    Honesdale, PA 18431-1855
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4851809         E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 07 2016 19:13:35
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                   Irving, TX 75016-8088,    866-716-6444
4850029         E-mail/Text: ebn@squaretwofinancial.com Dec 07 2016 19:13:40       Cach Llc,
                 4340 S Monaco, Second Floor,    Denver, CO 80237
4850031         E-mail/Text: camanagement@mtb.com Dec 07 2016 19:13:17      M & T Bank,   1 Fountain Plaza,
                 Buffalo, NY 14203
4862308        +E-mail/Text: bankruptcynotices@psecu.com Dec 07 2016 19:13:45       PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
4850033        +E-mail/Text: bankruptcynotices@psecu.com Dec 07 2016 19:13:45       Pa Sta Empcu,
                 1500 Elmerton Ave,    Harrisburg, PA 17110-2990
4850034        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2016 19:14:10
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4859865*       +Santander Consumer USA, Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Raymond W. Ferrario    on behalf of Debtor Edward  Silfies raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              Raymond W. Ferrario    on behalf of Joint Debtor Kelly  Elliott raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Edward Silfies
aka Ed Silfies
Kelly Elliott
aka Kelly Silfies, aka Kelly Ann Elliott−Silfies

Chapter 13

Case No. 5:16−bk−04475−JJT

Debtor(s)

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: January 30, 2017 |
| --- | --- |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: karendavis

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: December 7, 2016