```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-04475-JJT
Edward Silfies                                                      Chapter 13
Kelly Elliott
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: karendavi            Page 1 of 2            Date Rcvd: Feb 01, 2017
                              Form ID: ntcnfhrg          Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2017.
```
db/jdb         +Edward Silfies,   Kelly Elliott,   28 Robin Lane,   Hawley, PA 18428-8284
4850027        +A-1 Collections Svc,   101 Grovers Mill Rd Ste,   Lawrenceville, NJ 08648-4706
4850028       ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,   1220 Old Alpharetta Road,
                 Alpharetta, GA 30005)
4858760         Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
4850030        +Convergent Outsourcing,   Po Box 9004,   Renton, WA 98057-9004
4850032        +National Recovery Agen,   2491 Paxton Street,   Harrisburg, PA 17111-1036
4858173        +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4859712        +SANTANDER CONSUMER USA,   P.O. Box 560284,   Dallas, TX 75356-0284
4850036        +Santander Consumer USA,   Po Box 961245,   Fort Worth, TX 76161-0244
4850035        +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
4850038        +Tridentasset.com,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2294
4850039        +Wayne Enterprises,   742 Main Street Suite 2,   Honesdale, PA 18431-1855
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4851809         E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 01 2017 19:03:52
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088,   866-716-6444
4850029         E-mail/Text: ebn@squaretwofinancial.com Feb 01 2017 19:03:56      Cach Llc,
                 4340 S Monaco, Second Floor,   Denver, CO 80237
4850031         E-mail/Text: camanagement@mtb.com Feb 01 2017 19:03:40     M & T Bank,   1 Fountain Plaza,
                 Buffalo, NY 14203
4865661         E-mail/Text: camanagement@mtb.com Feb 01 2017 19:03:40     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
4862308        +E-mail/Text: bankruptcynotices@psecu.com Feb 01 2017 19:04:04     PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
4850033        +E-mail/Text: bankruptcynotices@psecu.com Feb 01 2017 19:04:04     Pa Sta Empcu,
                 1500 Elmerton Ave,   Harrisburg, PA 17110-2990
4850034        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2017 19:20:15
                 Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
4850037         E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 19:02:52     Syncb/polaris Consumer,
                 C/o Po Box 6153,   Rapid City, SD 57709
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4859865*       +Santander Consumer USA, Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Michael J Clark    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Raymond W. Ferrario    on behalf of Debtor Edward  Silfies raymondwferrariopc@comcast.net,
           ferrariobk@comcast.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Raymond W. Ferrario   on behalf of Joint Debtor Kelly  Elliott raymondwferrariopc@comcast.net, ferrariobk@comcast.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                 TOTAL: 6

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Edward Silfies<br>aka Ed Silfies<br>Kelly Elliott<br>aka Kelly Silfies, aka Kelly Ann Elliott−Silfies | Chapter 13<br>Case No. 5:16−bk−04475−JJT |
| Debtor(s) | |

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **March 3, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 7, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 1, 2017 |