IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD SILFIES and  
KELLY ELLIOTT-SILFIES,  
      Debtors

CHAPTER 13

CASE NO. 5:16-bk-04475-JJT

## CERTIFICATE OF SERVICE

I, Raymond W. Ferrario, hereby certify that I served a copy of the Amended Plan and Certificate of Service on March 6, 2017, by e-mail or first class mail, as indicated, as follows:

Charles J. DeHart, III, Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036

Santander Consumer USA  
P.O. Box 560284  
Dallas, TX 75356

Mr. and Mrs. Silfies  
28 Robin Lane  
Hawley, PA 18428

Santander Consumer USA  
Po Box 961245  
Fort Worth, TX 76161

PPL Utilities  
P.O. Box 9001845  
Louisville, KY 40290

American Honda Finance  
1220 Old Alpharetta Road  
Alpharetta, GA 30005

M & T Bank  
1 Fountain Plaza  
Buffalo, NY 14203

RAYMOND W. FERRARIO, P.C.

By: _____  
Raymond W. Ferrario, Attorney  
Edward and Kelly Elliott  
Suite 528, Scranton Life Building  
538 Spruce Street  
Scranton, PA 18503-1816  
TEL. (570) 963-7878  
FAX (570) 963-7850  
email:raymondwferrariopc@comcast.net