IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD SILFIES and
KELLY ELLIOTT-SILFIES,
Debtors

CHAPTER 13

CASE NO.  5:16-bk-04475-JJT

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

_AMENDED_   CERTIFICATE OF SERVICE

I, Raymond W. Ferrario, hereby certify that I served a copy of the Amended Plan and Certificate of Service on March 6, 2017, by e-mail or first class mail, as indicated, as follows:

Charles J. DeHart, III, Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Santander Consumer USA
P.O. Box 560284
Dallas, TX 75356

Mr. and Mrs. Silfies
28 Robin Lane
Hawley, PA 18428

Santander Consumer USA
Po Box 961245
Fort Worth, TX 76161

PPL Utilities
P.O. Box 9001845
Louisville, KY 40290

American Honda Finance
1220 Old Alpharetta Road
Alpharetta, GA 30005

M & T Bank
1 Fountain Plaza
Buffalo, NY 14203

RAYMOND W. FERRARIO, P.C.

By:_____
Raymond W. Ferrario, Attorney
Edward and Kelly Elliott
Suite 528, Scranton Life Building
538 Spruce Street
Scranton, PA 18503-1816
TEL. (570) 963-7878
FAX (570) 963-7850
email:raymondwferrariopc@comcast.net

A-1 Collections Svc
101 Grovers Mill Rd
Lawrenceville, NJ 08648

American Honda Finance
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016

CACH LLC
4340 S. Monaco, 2nd Fl
Denver, CO 80237

Convergent Outsourcing
P.O. Box 9004
Renton, WA 98057

Jacob Silfies
28 Robin Lane
Hawley, PA 18428

M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

PA State EMPCU
1500 Elmerton Avenue
Harrisburg, PA 17110

Portfolio Recovery Assn
120 Corporate Blvd, Ste 1
Norfolk, VA 23502

Santander Consumer USA
1601 Elm Street
Dallas, TX 75201

SYNCB/Polaris Consumer
C/O P.O. Box 6153
Rapid City, SD 57709

Tridentasset.com
53 Perimeter Center E Ste 4
Atlanta, GA 30346

Wayne Enterprises
742 Main Street Suite 2
Honesdale, PA 18431