```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04475-JJT
Edward Silfies                                                      Chapter 13
Kelly Elliott
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AGarner           Page 1 of 1            Date Rcvd: Mar 08, 2017
                              Form ID: ntcltrdb       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
4892815        +PPL Utilities,   P.O. Box 9001845,   Louisville, KY 40290-1845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Raymond W. Ferrario   on behalf of Debtor Edward  Silfies raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              Raymond W. Ferrario   on behalf of Joint Debtor Kelly  Elliott raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Edward Silfies  
aka Ed Silfies  
Kelly Elliott  
aka Kelly Silfies, aka Kelly Ann Elliott−Silfies

Chapter 13

Case No. 5:16−bk−04475−JJT

Debtor(s)

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#8) has been filed by the Debtor on behalf of PPL Electric Utilities in the amount of $1200.00.

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes−Barre, PA 18701  
(570) 831−2500

**For the Court:**  
Clerk of the Bankruptcy Court:  
Terrence S. Miller  
By: AGarner

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: March 8, 2017