LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Edward Silfies, a/k/a Ed Silfies, Kelly Elliott, a/k/a  :     CHAPTER 13
Kelly Silfies, a/k/a Kelly Ann Elliott-Silfies          :
                                                        :     CASE NO. 5 - 16 -bk- 04475
                                                        :
                                                        :
                     Debtor(s)                          :

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:**  Complete **Part A** for payment of the presumptively reasonable fee, as described
in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses.
Complete **Part B** for payment of compensation and reimbursement of expenses awarded by
separate Court order.  Complete **Part C** for all requests for payment of compensation and
reimbursement of expenses.

| | | |
|---|---|---|
| **A.**  Presumptively reasonable fees under L.B.R. 2016-2(c) | | |
| 1.  Amount agreed to by debtor | $ | 3,810.00 |
| 2.  Less amount paid to attorney prior to filing petition | $ | 1,810.00 |
| 3.  Balance of compensation to be paid through plan distributions | $ | 2,000.00 |
| 4.  Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ | |

| | | |
|---|---|---|
| **B.**  Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | | |
| 1.  Retainer received | $ | |
| 2.  Compensation earned prepetition and paid to attorney prior to filing petition | $ | |
| 3.  Expenses reimbursed prepetition | $ | |
| 4.  Balance in retainer after deduction of prepetition compensation and expenses | $ | 0.00 |
| 5.  Compensation and expenses to be approved by the Court and to be paid through plan distributions, less balance in client trust account | $ | |

| | | |
|---|---|---|
| **C.**  The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ | 2,000.00 |

Dated:_____05-05-17_____            _____
                                        Attorney for Debtor