```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04475-JJT
Edward Silfies                                                  Chapter 13
Kelly Elliott
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: karendavi      Page 1 of 1       Date Rcvd: Oct 30, 2017
                          Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
     +MR JACOB EDWARD SILFIES,    28 ROBIN LANE,    HAWLEY, PA 18428-8284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:
     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
     James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
     Michael J Clark    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
     Raymond W. Ferrario    on behalf of Debtor 2 Kelly  Elliott raymondwferrariopc@comcast.net, ferrariobk@comcast.net
     Raymond W. Ferrario    on behalf of Debtor 1 Edward  Silfies raymondwferrariopc@comcast.net, ferrariobk@comcast.net
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
     William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                   TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| EDWARD SILFIES | ) | |
| KELLY ELLIOTT | ) | Case No.: 5:16-04475 (JJT) |
| **Debtors(s)** | ) | |
| | ) | Chapter 13 |
| SANTANDER CONSUMER USA INC. | ) | |
| **Movant** | ) | Docket No. |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| EDWARD SILFIES | ) | 11 U.S.C. 1301 |
| KELLY ELLIOTT | ) | |
| JACOB EDWARD SILFIES | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| CHARLES J. DEHART, III | ) | |
| **Trustee** | ) | |

## ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the Motion of Santander Consumer USA Inc., under Bankruptcy Code sections §362(d) and §1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) and the co-debtor stay of §1301 are vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2013 Chevrolet Cruze** bearing vehicle identification number 1G1PC5SB9D7114358 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

By the Court,

Dated: October 30, 2017

John J. Thomas, Bankruptcy Judge
(PJR)