IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD SILFIES and CHAPTER 13
KELLY ELLIOTT-SILFIES,
 Debtors CASE NO. 5:16-bk-04475-JJT

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## CERTIFICATE OF SERVICE

**AND NOW** this 20th day of November, 2017, I hereby certify that the Chapter 13 Trustee and U.S. Trustee has been served a copy of this Motion to Attach Wages, electronically at the below address:

CHARLES J. DeHART, III Aramark Campus, LLC
STANDING CHAPTER 13 TRUSTEE Payroll
dehartstaff@pamd13trustee.com 1101 Market Street
harrisburgecf@ramapo.com Philadelphia, PA 19107
harrecf@ramapo.com

United States Trustee
ustregion03.ha.ecf@usdoj.gov


 RAYMOND W. FERRARIO, P.C.

 by: _____
 Raymond W. Ferrario
 Attorney for Debtor(s)
 Suite 528, Scranton Life Bldg.
 538 Spruce Street
 Scranton, PA 18503-1816
 TEL (570) 963-7878
 FAX (570) 963-7850
 E-mail: ferrariobk@comcast.net