IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD SILFIES and                                     CHAPTER 13
KELLY ELLIOTT-SILFIES,
           Debtors                                  CASE NO. 5:16-bk-04475-JJT

## MOTION TO ATTACH WAGES

**AND NOW** this 22 day of February, 2018, comes the debtor Kelly Elliott-Silfies, by and through her attorney, Raymond W. Ferrario, and respectfully represents:

(1) The debtor(s) filed a Chapter 13 petition on October 31, 2016.

(2) The debtor(s) filed a Chapter 13 Plan in February 2018.

(3) The debtor(s) receives regular income from employment with Aramark Campus, LLC which may be attached under 11 U.S.C. §1326 to fund the Chapter 13 Plan.

(4) The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.

(5) The debtor(s) Kelly Elliott-Silfies consents to the wage attachment.

**WHEREFORE**, the debtor(s) respectfully requests that this Court enter an Order directing the above mentioned employer to pay Trustee in the amount set forth in the attached Order.

                                          Respectfully submitted,
                                          RAYMOND W. FERRARIO, P.C.

                    By:_____
                                          Raymond W. Ferrario
                                          Attorney for Debtor(s)
                                          Suite 528, Scranton Life Bldg.
                                          538 Spruce Street
                                          Scranton, PA 18503-1816
                                          TEL (570) 963-7878
                                          FAX (570) 963-7850
                                          E-mail: ferrariobk@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD SILFIES and                                    CHAPTER 13
KELLY ELLIOTT-SILFIES,
            Debtors                                        CASE NO. 5:16-bk-04475-JJT

..........................................................

## ORDER TO PAY TRUSTEE

Upon consideration of the above referenced debtor(s) having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

Employer:  Aramark Campus, LLC
Attention:  Payroll
Address:   1101 Market Street
            Philadelphia, PA 19107

shall deduct from Kelly A. Elliott's income the sum of $514.39, from each bi-weekly, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deducted sums to:

CHARLES J. DE HART, III
STANDING CHAPTER 13 TRUSTEE
P. O. 7005
LANCASTER, PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **EDWARD SILFIES and** | **CHAPTER 13** |
| **KELLY ELLIOTT-SILFIES,** | |
| Debtors | CASE NO. 5:16-bk-04475-JJT |

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## DEBTOR(S) CONSENT TO VOLUNTARY WAGE ATTACHMENT

    I, Kelly Elliott-Silfies, hereby consent to an attachment of my wages for the purpose of funding my Chapter 13 Plan.

Dated: February 22, 2018

_____
Kelly Elliott-Silfies

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD SILFIES and
KELLY ELLIOTT-SILFIES,
        Debtors

CHAPTER 13

CASE NO. 5:16-bk-04475-JJT

## CERTIFICATE OF SERVICE

**AND NOW** this 23rd day of February, 2018, I hereby certify that the Chapter 13 Trustee and U.S. Trustee has been served a copy of this Motion to Attach Wages, electronically at the below address:

CHARLES J. DeHART, III
STANDING CHAPTER 13 TRUSTEE
dehartstaff@pamd13trustee.com
harrisburgecf@ramapo.com
harrecf@ramapo.com

United States Trustee
ustregion03.ha.ecf@usdoj.gov

RAYMOND W. FERRARIO, P.C.

by: _____
Raymond W. Ferrario
Attorney for Debtor(s)
Suite 528, Scranton Life Bldg.
538 Spruce Street
Scranton, PA 18503-1816
TEL (570) 963-7878
FAX (570) 963-7850
E-mail: ferrariobk@comcast.net