```
                     United States Bankruptcy Court
                      Middle District of Pennsylvania
```

```
In re:                                              Case No. 16-04475-JJT
Edward Silfies                                      Chapter 13
Kelly Elliott
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: karendavi        Page 1 of 1           Date Rcvd: Feb 23, 2018
                            Form ID: pdf010         Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
              +ARAMARK CAMPUS LLC,     ATTN: PAYROLL,    1101 MARKET STREET,    PHILADELPHIA, PA 19107-2926
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Michael J Clark    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Raymond W. Ferrario   on behalf of Debtor 2 Kelly  Elliott raymondwferrariopc@comcast.net,
           ferrariobk@comcast.net
          Raymond W. Ferrario   on behalf of Debtor 1 Edward  Silfies raymondwferrariopc@comcast.net,
           ferrariobk@comcast.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                          TOTAL: 7
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD SILFIES and               CHAPTER 13
KELLY ELLIOTT-SILFIES,
          Debtors            CASE NO.  5:16-bk-04475-JJT

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### ORDER TO PAY TRUSTEE

Upon consideration of the above referenced debtor(s) having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

Employer:    Aramark Campus, LLC
Attention:   Payroll
Address:    1101 Market Street
                Philadelphia, PA 19107

shall deduct from Kelly A. Elliott's income the sum of $514.39, from each bi-weekly, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deducted sums to:

CHARLES J. DE HART, III
STANDING CHAPTER 13 TRUSTEE
P. O. 7005
LANCASTER, PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated:  February 23, 2018        By the Court,

                                       _____
                                       John J. Thomas, Bankruptcy Judge (RPR)