```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04475-JJT
Edward Silfies                                                      Chapter 13
Kelly Elliott
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AGarner           Page 1 of 1           Date Rcvd: Jun 20, 2018
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2018.
db/jdb         +Edward Silfies,    Kelly Elliott,    28 Robin Lane,    Hawley, PA 18428-8284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com, PitEcf@weltman.com
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Raymond W. Ferrario    on behalf of Debtor 2 Kelly  Elliott raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              Raymond W. Ferrario    on behalf of Debtor 1 Edward  Silfies raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER NO. 13 |
| | ) | |
| EDWARD SILFIES | | |
| KELLEY ELLIOT | ) | BANKRUPTCY NO. 16-04475-JJT |
| | ) | |
| Debtor | ) | Nature of Proceeding |
| | ) | Motion for Relief from Automatic Stay |
| P.S.E.C.U. | ) | |
| Movant | ) | Related to Document # 80 |
| | ) | |
| EDWARD SILFIES | | |
| KELLEY ELLIOT | ) | |
| Respondent. | ) | |

**ORDER**

AND NOW, to-wit, this 20th day of June 2018, upon consideration of the request for additional time to submit stipulation with concurrence 9 docket 82), said request is hereby approved.

Dated: June 20, 2018

By the Court,

John J. Thomas, Bankruptcy Judge (RPR)