WWR# 040064306

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | CHAPTER NO. 16-04475-JJT |
| ) | | |
| EDWARD SILFIES | | |
| KELLY ELLIOTT ) | | BANKRUPTCY NO. 13 |
| ) | | |
| Debtor ) | | Nature of Proceeding |
| ) | | Motion for Relief from Automatic Stay |
| P.S.E.C.U. ) | | |
| Movant ) | | Related to Document # 77 |
| ) | | |
| EDWARD SILFIES | | |
| KELLY ELLIOTT ) | | |
| Respondent. ) | | |

# REQUEST FOR ADDITIONAL TIME TO SUBMIT STIPULATION WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests additional time to negotiate a Stipulation to Resolve the Certificate of Default with the concurrence of the opposing party (parties).

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated 07/18/2018

/s/ Brian Langford
Brian Langford
Attorney I.D. No. 324884
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-338-7102

WWR# 040064306

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER NO. 13 |
| | ) | |
| EDWARD SILFIES | | |
| KELLY ELLIOTT | ) | BANKRUPTCY NO. 16-04475-JJT |
| | ) | |
| Debtor | ) | Nature of Proceeding |
| | ) | Motion for Relief from Automatic Stay |
| P.S.E.C.U. | ) | |
| Movant | ) | Related to Document # 77 |
| | ) | |
| EDWARD SILFIES | | |
| KELLY ELLIOTT | ) | |
| Respondent. | ) | |

**<u>ORDER</u>**

AND NOW, to-wit, this _____ day of _____ 2018, upon consideration of the foregoing request for additional time to submit stipulation with concurrence, said request is hereby approved and SO ORDERED.

                                                          Honorable John J. Thomas
                                                          United States Bankruptcy Judge

Attorney For Movant
Brian Langford
PA ID# 324884
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
(412) 338-7102