WWR# 40064306

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 16-04475 |
| EDWARD SILFIES | CHAPTER 13 |
| KELLY ELLIOTT | |
| Debtors | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Brian T. Langford as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION in all matters for the duration of this bankruptcy case without prejudice. Attorney for Creditor states there are no pending adversary or contested matters.

Date: March 6, 2020

/s/ Brian Langford
Brian Langford, PA Bar No. 324884
Attorney for Movant
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-338-7102
blangford@weltman.com

WWR# 40064306

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 16-04475 |
| EDWARD SILFIES | CHAPTER 13 |
| KELLY ELLIOTT | |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Brian Langford, Esq., attorney for Movant, do hereby certify that true and correct copies of the Withdrawal of Appearance has been served on the 6th day of March, 2020, upon those listed below:

Service by First-Class Mail:

EDWARD SILFIES, Debtor
28 ROBIN LN
HAWLEY, PA 184288284

KELLY ELLIOTT, Debtor
28 ROBIN LN
HAWLEY, PA 184288284

and Service by NEF/ECF:

RAYMOND W FERRARIO, Debtors Attorney at RAYMONDWFERRARIOPC@COMCAST.NET
CHARLES J DEHART III, Trustee at dehartstaff@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

/s/ Brian Langford
Brian Langford, PA Bar No. 324884
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-338-7102
blangford@weltman.com
Attorney for Movant