WWR# 40064306

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| EDWARD SILFIES | CASE NO. 16-04475 |
| KELLY ELLIOTT | CHAPTER 13 |

NOTICE OF APPEARANCE

Comes now Weltman, Weinberg and Reis Co., L.P.A. 965 Keynote Circle, Brooklyn Hts., OH 44131 and enters its appearance as Agent for the following Creditor in the above-captioned proceedings: PENNSYLVANIA STATE EMPLOYEES CREDIT UNION.

Copies of all further communications, pleading, court notices, and other papers should be served on said agent.

Date: March 6, 2020

/s/ Scott D. Fink
Scott D. Fink
Agent for Creditor
965 Keynote Circle
Brooklyn Heights, OH 44131
bronationalecf@weltman.com

WWR# 40064306

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>EDWARD SILFIES<br><br>KELLY ELLIOTT | CASE NO. 16-04475<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance has been served on the 6th day of March, 2020, upon those listed below:

Service by First-Class Mail:

EDWARD SILFIES, Debtor
28 ROBIN LN
HAWLEY, PA 184288284

KELLY ELLIOTT, Debtor
28 ROBIN LN
HAWLEY, PA 184288284

and Service by NEF/ECF:

RAYMOND W FERRARIO, Debtors Attorney at RAYMONDWFERRARIOPC@COMCAST.NET
CHARLES J DEHART III, Trustee at dehartstaff@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

 

                                            /s/ Scott D. Fink
                                            Scott D. Fink
                                            Agent for Creditor
                                            965 Keynote Circle
                                            Brooklyn Heights, OH 44131
                                            bronationalecf@weltman.com