UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   EDWARD SILFIES and       :   CHAPTER 13
      KELLY ELLIOTT       :
         Debtor(s)       :
         :

      CHARLES J. DEHART, III       :
      STANDING CHAPTER 13 TRUSTEE       :
         Movant       :
         :

         vs.       :
         :

      EDWARD SILFIES and       :
      KELLY ELLIOTT       :
         Respondent(s)       :   CASE NO.   5-16-bk-04475

<u>TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN</u>

      AND NOW, this   12th   day of August, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1.   The Trustee avers that debtor(s)' plan is not feasible based upon the following:

         a.   Plan ambiguous – Base amount.   More specifically, from August, 2020 to October, 2022 at $1,335.55 totals $36,059.85. The amount added in the plan is $29,382.10.   Further, the plan term was extended for twelve months, but the total conduit amounts in Section 2.D did not change.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

         a.   Deny confirmation of debtor(s) plan.
         b.   Dismiss or convert debtor(s) case.
         c.   Provide such other relief as is equitable and just.

                  Respectfully submitted:

                  Charles J. DeHart, III
                  Standing Chapter 13 Trustee
                  8125 Adams Drive, Suite A
                  Hummelstown, PA 17036
                  (717) 566-6097

         BY:          /s/Agatha R. McHale
                  Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   12th   day of August, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Raymond Ferrario, Esquire
Suite 528 Scranton Life Bldg.
Scranton, PA   18503

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee
