# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   EDWARD SILFIES and      :  CHAPTER 13
KELLY ELLIOTT            :
    Debtor(s)            :
                             :
CHARLES J. DEHART, III      :
STANDING CHAPTER 13 TRUSTEE  :
    Movant             :
                             :
    vs.               :
                             :
EDWARD SILFIES and       :
KELLY ELLIOTT            :
    Respondent(s)        :  CASE NO.  5-16-bk-04475

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

       AND NOW, this  26th  day of August, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a.  Plan ambiguous – Base amount.  Further, the Third Amended Plan provided for Santander for a 2011 Subaru, while this Amended Plan describes the collateral as a 2013 Chevrolet Cruze.

       WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of debtor(s) plan.
    b.  Dismiss or convert debtor(s) case.
    c.  Provide such other relief as is equitable and just.

                  Respectfully submitted:

                  Charles J. DeHart, III
                  Standing Chapter 13 Trustee
                  8125 Adams Drive, Suite A
                  Hummelstown, PA 17036
                  (717) 566-6097

        BY:        /s/Agatha R. McHale
                  Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this  26th  day of August, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Raymond Ferrario, Esquire
Suite 528 Scranton Life Bldg.
Scranton, PA   18503

                                      /s/Deborah A. Behney
                                      Office of Charles J. DeHart, III
                                      Standing Chapter 13 Trustee