# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     EDWARD SILFIES
AKA: ED SILFIES
KELLY ELLIOTT
AKA: KELLY ANN ELLIOTT-SILFIES,
KELLY SILFIES
                Debtors

CHAPTER 13
CASE No. 5-16-04475-RNO

## SUPPLEMENTAL CERTIFICATE OF SERVICE

AND NOW, this 27th day of August, 2020, I hereby certify that I served a copy of

Debtors' Amended Motion for Confirmed Plan and Notice

**by U.S. First Class Mail** as follows:

A-1 Collections Service
101 Grovers Mill Road
Lawrenceville, NJ 08648-4706

American Honda Finance
1220 Old Alpharetta Road
Alpharetta, GA 30005

PPL Utilities
P.O. Box 9001845
Louisville, KY 40290-1845

Trident Asset Management
Suite 4, 53 Perimeter Center E
Atlanta, GA 30346-2294

Wayne Enterprises
Suite 2, 742 Main Street
Honesdale, PA 18431

and **by electronic case filing** as follows:

American Honda Finance Corporation
National Bankruptcy Center
ebnbankruptcy@ahm.honda.com

CACH, LLC
resurgentbknotifications@resurgent.com

Capital One Bank (USA), N.A.
AIS.cocard.ebn@americaninfosource.com

Convergent Outsourcing
convergent@ebn.phinsolutions.com

National Recovery Agency
Bankruptcies@nragroup.com

PRA Receivables Management, LLC
PRA_BK2_CASE_UPDATE@portfoliorecovery.com

PSECU
bankruptcynotices@psecu.com

Scott D. Fink, Esquire *(Attorney for PSECU)*
BKRMailOps@weltman.com

... Continued

Synchrony Bank  
gecsedi@recoverycorp.com

United States Trustee  
ustpregion03.ha.ecf@usdoj.gov

 

RAYMOND W. FERRARIO, P.C.

by *s/Raymond W. Ferrario*  
Raymond W. Ferrario, Attorney for Debtors  
Suite 528, 538 Spruce Street  
Scranton, PA 18503  
570-963-7878; FAX: 570-963-7850  
raymondwferrariopc@comcast.net  
Supreme Court I.D. No. 35096