UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EDWARD SILFIES
AKA: ED SILFIES
KELLY ELLIOTT
AKA: KELLY ANN ELLIOTT-SILFIES,
KELLY SILFIES
    Debtors

CHAPTER 13
CASE No. 5-16-04475-RNO

## ORDER

The Debtors Second Amended Motion to Approve Fifth Amended Chapter 13 Plan is approved.