```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-04475-RNO
Edward Silfies                                                      Chapter 13
Kelly Elliott
       Debtors              CERTIFICATE OF NOTICE
District/off: 0314-5             User: AutoDocke             Page 1 of 2             Date Rcvd: Aug 31, 2020
                                 Form ID: ntsempas           Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2020.
```
db/jdb         +Edward Silfies,    Kelly Elliott,    28 Robin Lane,    Hawley, PA 18428-8284
cr             +Santander Consumer USA Inc.,    PO Box 660633,    Dallas, TX 75266-0633
4850027        +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
4850028       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    1220 Old Alpharetta Road,
                 Alpharetta, GA 30005)
4892815        +PPL Utilities,    P.O. Box 9001845,    Louisville, KY 40290-1845
4859712        +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
4850036        +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
4850035        +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
4850038        +Tridentasset.com,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
4850039        +Wayne Enterprises,    742 Main Street Suite 2,    Honesdale, PA 18431-1855
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4851809         E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 31 2020 19:23:47
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6444
4887454         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 31 2020 19:32:35      CACH, LLC,
                 PO Box 10587,    Greenville , SC 29603-0587
4850029         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 31 2020 19:32:35      Cach Llc,
                 4340 S Monaco, Second Floor,    Denver, CO 80237
4858760         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 31 2020 19:32:44
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4850030        +E-mail/Text: convergent@ebn.phinsolutions.com Aug 31 2020 19:23:51     Convergent Outsourcing,
                 Po Box 9004,    Renton, WA 98057-9004
4850031         E-mail/Text: camanagement@mtb.com Aug 31 2020 19:23:36     M & T Bank,    1 Fountain Plaza,
                 Buffalo, NY 14203
4865661         E-mail/Text: camanagement@mtb.com Aug 31 2020 19:23:36     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4850032        +E-mail/Text: Bankruptcies@nragroup.com Aug 31 2020 19:24:03     National Recovery Agen,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4858173        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2020 19:32:46
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4862308        +E-mail/Text: bankruptcynotices@psecu.com Aug 31 2020 19:23:55      PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
4850033        +E-mail/Text: bankruptcynotices@psecu.com Aug 31 2020 19:23:55      Pa Sta Empcu,
                 1500 Elmerton Ave,    Harrisburg, PA 17110-2990
4850034        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2020 19:32:34
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5310292        +E-mail/Text: BKRMailOps@weltman.com Aug 31 2020 19:23:44     Scott D. Fink,
                 Pennsylvania State Employees,    Credit Union,    965 Keynote Circle,
                 Brooklyn Heights, OH 44131-1829
4850037         E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2020 19:32:43     Syncb/polaris Consumer,
                 C/o Po Box 6153,    Rapid City, SD 57709
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC   29603-0587
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4859865*       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
                                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:

      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      Michael J Clark    on behalf of Creditor    M&T BANK pabk@logs.com
      Raymond W. Ferrario    on behalf of Debtor 2 Kelly  Elliott raymondwferrariopc@comcast.net, ferrariobk@comcast.net
      Raymond W. Ferrario    on behalf of Debtor 1 Edward  Silfies raymondwferrariopc@comcast.net, ferrariobk@comcast.net
      Scott D Fink    on behalf of Creditor    PSECU bronationalecf@weltman.com, PitEcf@weltman.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

      TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Edward Silfies<br>aka Ed Silfies | Chapter: 13<br>Case number: 5:16−bk−04475−RNO |
| **Debtor 1** | Document Number: 106 |
| Kelly Elliott<br>aka Kelly Silfies, aka Kelly Ann Elliott−Silfies | Matter: Debtor's Second Amended Motion to Amend Confirmed Plan |
| **Debtor 2** | |
| **Debtor(s)** | |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on October 31, 2016.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Max Rosenn US Courthouse,**<br>**Courtroom 2, 197 South Main Street,**<br>**Wilkes−Barre, PA 18701** | Date: 10/7/20<br>Time: 09:30 AM |

Any objection/response to the above referenced matter must be filed and served on or before **September 21, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 31, 2020 |

ntsempas(05/18)