UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EDWARD SILFIES
AKA: ED SILFIES
KELLY ELLIOTT
AKA: KELLY ANN ELLIOTT-SILFIES, KELLY SILFIES
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-16-04475-HWV

vs.

EDWARD SILFIES
AKA: ED SILFIES    KELLY ELLIOTT
AKA: KELLY ANN ELLIOTT-SILFIES, KELLY SILFIES
    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on April 7, 2021, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    April 7, 2021                         Respectfully submitted,

/s/    Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    EDWARD SILFIES
AKA: ED SILFIES
KELLY ELLIOTT
AKA: KELLY ANN ELLIOTT-SILFIES,
KELLY SILFIES

         Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
         Movant

CHAPTER 13

CASE NO: 5-16-04475-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

     May 5, 2021 at 09:30 AM
     This hearing will be held telephonically using Courtcall.

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

     **AMOUNT DELINQUENT AS OF LAST MONTH: $ 4039.70**
     **AMOUNT DUE FOR THIS MONTH: $1334.16**
     **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $5373.86**

**NOTE:**
     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

     If **submitting payment by U.S. First Class Mail** mail to**:**
         **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.	You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.	You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  April 7, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    EDWARD SILFIES
           AKA: ED SILFIES
           KELLY ELLIOTT
           AKA: KELLY ANN ELLIOTT-       CHAPTER 13
           SILFIES, KELLY SILFIES

                      Debtor(s)
                                              CASE NO: 5-16-04475-HWV
           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                      Movant

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on April 7, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                                                      Served Electronically

RAYMOND W. FERRARIO, ESQUIRE             UNITED STATES TRUSTEE
SUITE 528 SCRANTON LIFE BLDG.               SUITE 1190
538 SPRUCE STREET                                       228 WALNUT STREET
SCRANTON, PA 18503-                                HARRISBURG, PA 17101

                                                   Served by First Class Mail

EDWARD SILFIES
KELLY ELLIOTT
28 ROBIN LANE
HAWLEY, PA 18428

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 7, 2021                                          Liz Joyce
                                                                  for Charles J. DeHart, III, Trustee
                                                                Suite A, 8125 Adams Dr.
                                                                Hummelstown, PA 17036
                                                                Phone: (717) 566-6097
                                                                eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EDWARD SILFIES
AKA: ED SILFIES
KELLY ELLIOTT
AKA: KELLY ANN ELLIOTT-SILFIES,
KELLY SILFIES

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-16-04475-HWV

vs.

EDWARD SILFIES
AKA: ED SILFIES
KELLY ELLIOTT
AKA: KELLY ANN ELLIOTT-SILFIES,
KELLY SILFIES

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.