United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 16-04475-HWV
Edward Silfies  Chapter 13
Kelly Elliott
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 12, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

**Recip ID    Recipient Name and Address**
   +  ARAMARK CAMPUS LLC, ATTN: PAYROLL, 1101 MARKET STREET, PHILADELPHIA, PA 19107-2926

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Michael J Clark | on behalf of Creditor M&T BANK pabk@logs.com |
| Raymond W. Ferrario | on behalf of Debtor 2 Kelly Elliott raymondwferrariopc@comcast.net ferrariobk@comcast.net |
| Raymond W. Ferrario | on behalf of Debtor 1 Edward Silfies raymondwferrariopc@comcast.net ferrariobk@comcast.net |
| Scott D Fink | on behalf of Creditor PSECU bronationalecf@weltman.com PitEcf@weltman.com |

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

William E. Craig
 on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD SILFIES and  
KELLY ELLIOTT-SILFIES,  
        Debtors

CHAPTER 13

CASE NO. 5:16-bk-04475-HWV

## ORDER TO PAY TRUSTEE

Upon consideration of the above referenced debtor(s) having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

Employer: Aramark Campus, LLC  
Attention: Payroll  
Address: 1101 Market Street  
        Philadelphia, PA 19107

shall deduct from Kelly A. Elliott's income the sum of $650, from each bi-weekly pay, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deducted sums to:

CHARLES J. DE HART, III  
STANDING CHAPTER 13 TRUSTEE  
P. O. 7005  
LANCASTER, PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: April 12, 2021

By the Court,

_Henry W. Van Eck_  
Henry W. Van Eck, Chief Bankruptcy Judge (CD)