United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-04475-MJC |
| Edward Silfies | Chapter 13 |
| Kelly Elliott | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 24, 2023 | Form ID: trc | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5403742 | | Community Loan Servicing,, LLC, Community Loan Servicing,, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Feb 26, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper matthew.fissel@brockandscott.com wbecf@brockandscott.com |
| Michael J Clark | on behalf of Creditor M&T BANK pabk@logs.com |
| Raymond W. Ferrario | on behalf of Debtor 2 Kelly Elliott raymondwferrariopc@comcast.net ferrariobk@comcast.net |

Raymond W. Ferrario
　　　　on behalf of Debtor 1 Edward Silfies raymondwferrariopc@comcast.net  ferrariobk@comcast.net

Scott D Fink
　　　　on behalf of Creditor PSECU bronationalecf@weltman.com  PitEcf@weltman.com

United States Trustee
　　　　ustpregion03.ha.ecf@usdoj.gov

William E. Craig
　　　　on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-04475-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Edward Silfies
28 Robin Lane
Hawley PA 18428

Kelly Elliott
28 Robin Lane
Hawley PA 18428

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/23/2023.

Name and Address of Alleged Transferor(s):

Claim No. 6: Community Loan Servicing,, LLC, Community Loan Servicing,, LLC

Name and Address of Transferee:

Federal Home Loan Mortgage Corporation, as Truste
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165
Federal Home Loan Mortgage Corporation,
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/26/23

Terrence S. Miller
**CLERK OF THE COURT**