# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward Silfies a/k/a Ed Silfies<br>Kelly Elliott a/k/a Kelly Silfies a/k/a Kelly Ann Elliott-Silfies<br>Debtor(s) | BK NO. 16-04475 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
21 Feb 2023, 09:47:08, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322