UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Edward Silfies
Kelly Elliott

Case No.: 5-16-04475MJC

Chapter 13

**Debtor(s)**                     **Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Select Portfolio |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 7940 |
| Property Address if applicable: | 28 Robin Ln |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $902.90 |
| b. | Prepetition arrearages paid by the trustee: | $902.90 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $902.90 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee from April 2018 through October 2023.

| | |
|---|---|
| Current monthly mortgage payment: | $906.90 |
| The next post-petition payment was due on: | November 2023 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: January 23, 2024  Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Edward Silfies
     Kelly Elliott

                                            Case No.: 5-16-04475MJC

                                            Chapter 13

                **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 23, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Raymond W Ferrario, Esquire
Suite 528 Scranton Life Bldg
538 Spruce St
Scranton, PA 18503


**Served by First Class Mail**
Select Portfolio Servicing, Inc
PO Box 65250
Salt Lake City UT 84165

Edward Silfies
Kelly Elliott
28 Robin Ln
Hawley  PA 18428



I certify under penalty of perjury that the foregoing is true and correct.


Date:  January 23, 2024                   /s/  Liz Joyce
                                                      Office of the Standing Chapter 13 Trustee
                                                      Jack N. Zaharopoulos
                                                      Suite A, 8125 Adams Dr.
                                                      Hummelstown, PA  17036
                                                      Phone:  (717) 566-6097
                                                      email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 16-04475   EDWARD SILFIES

SELECT PORTFOLIO SERVICING
BANKRUPTCY DEPT.
PO BOX 65450
SALT LAKE CITY, UT   841

**Sequence:** 07
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: 7940

|  | Amt Sched: | $0.00 | Debt: | $53,373.45 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $816.66 | Paid: | $53,373.45 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |

### 5010   SELECT PORTFOLIO SERVICING

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | SELECT PORTFOLIO SERVICING | | 10/18/2023 | 2030062 | $816.66 | $0.00 | $816.66 | 10/26/2023 |
| | Payment for 10/2023 | | | | | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 09/19/2023 | 2029081 | $816.66 | $0.00 | $816.66 | 09/28/2023 |
| | Payment for 9/2023 | | | | | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 08/09/2023 | 2028063 | $816.66 | $0.00 | $816.66 | 08/17/2023 |
| | Payment for 8/2023 | | | | | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 07/11/2023 | 2027074 | $761.88 | $0.00 | $761.88 | 07/20/2023 |
| | Payment for 7/2023 | | | | | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 06/13/2023 | 2026155 | $761.88 | $0.00 | $761.88 | 06/21/2023 |
| | Payment for 6/2023 | | | | | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 05/16/2023 | 2025219 | $761.88 | $0.00 | $761.88 | 05/26/2023 |
| | Payment for 5/2023 | | | | | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 04/18/2023 | 2024224 | $761.88 | $0.00 | $761.88 | 04/26/2023 |
| | Payment for 4/2023 | | | | | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 03/15/2023 | 2023179 | $761.88 | $0.00 | $761.88 | 03/24/2023 |
| | Payment for 2/2023 | | | | | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 03/15/2023 | 2023179 | $761.88 | $0.00 | $761.88 | 03/24/2023 |
| | Payment for 3/2023 | | | | | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 01/18/2023 | 2020687 | $761.88 | $0.00 | $761.88 | 01/27/2023 |
| | Payment for 1/2023 | | | | | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 12/13/2022 | 2019699 | $761.88 | $0.00 | $761.88 | 12/29/2022 |
| | Payment for 12/2022 | | | | | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 11/16/2022 | 2018738 | $761.88 | $0.00 | $761.88 | 12/14/2022 |
| | Payment for 11/2022 | | | | | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 10/18/2022 | 2017679 | $761.88 | $0.00 | $761.88 | 10/28/2022 |
| | Payment for 10/2022 | | | | | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 09/13/2022 | 2016655 | $761.88 | $0.00 | $761.88 | 09/22/2022 |
| | Payment for 8/2022 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 09/13/2022 | 2016655 | $761.88 | $0.00 | $761.88 | 09/22/2022 |
| | | | | | | DisbDescrp | Payment for 9/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 08/17/2022 | 2015585 | $761.88 | $0.00 | $761.88 | 08/30/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 08/17/2022 | 2015585 | $761.88 | $0.00 | $761.88 | 08/30/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 07/13/2022 | 2014546 | $784.03 | $0.00 | $784.03 | 07/22/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 07/13/2022 | 2014546 | $784.03 | $0.00 | $784.03 | 07/22/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 06/14/2022 | 2013580 | $784.03 | $0.00 | $784.03 | 06/28/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 05/17/2022 | 2012514 | $784.03 | $0.00 | $784.03 | 05/27/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 05/17/2022 | 2012514 | $784.03 | $0.00 | $784.03 | 05/27/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 04/12/2022 | 2011462 | $784.03 | $0.00 | $784.03 | 04/26/2022 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 03/16/2022 | 2010446 | $784.03 | $0.00 | $784.03 | 03/29/2022 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 02/16/2022 | 2009473 | $784.03 | $0.00 | $784.03 | 02/28/2022 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 02/16/2022 | 2009473 | $784.03 | $0.00 | $784.03 | 02/28/2022 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 01/19/2022 | 2008466 | $784.03 | $0.00 | $784.03 | 01/27/2022 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 12/15/2021 | 2007453 | $784.03 | $0.00 | $784.03 | 12/24/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 12/15/2021 | 2007453 | $784.03 | $0.00 | $784.03 | 12/24/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 11/16/2021 | 2006427 | $796.13 | $0.00 | $796.13 | 11/29/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 10/14/2021 | 2005381 | $796.13 | $0.00 | $796.13 | 10/27/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 10/14/2021 | 2005381 | $796.13 | $0.00 | $796.13 | 10/27/2021 |
| | | | | | | | Payment for 4/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 09/14/2021 | 2004377 | $796.13 | $0.00 | $796.13 | 09/24/2021 |
| | | | | | | | Payment for 2/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 08/18/2021 | 2003327 | $796.13 | $0.00 | $796.13 | 08/27/2021 |
| | | | | | | | Payment for 1/2021 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 07/14/2021 | 2002293 | $796.13 | $0.00 | $796.13 | 07/22/2021 |
| | | | | | | | Payment for 12/2020 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 06/16/2021 | 2001319 | $795.42 | $0.00 | $795.42 | 06/24/2021 |
| | | | | | | | Payment for 11/2020 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 05/18/2021 | 2000295 | $795.42 | $0.00 | $795.42 | 05/26/2021 |
| | | | | | | | Payment for 9/2020 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 05/18/2021 | 2000295 | $795.42 | $0.00 | $795.42 | 05/26/2021 |
| | | | | | | | Payment for 10/2020 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 05/18/2021 | 2000295 | $795.42 | $0.00 | $795.42 | 05/26/2021 |
| | | | | | | | Payment for 7/2020 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 05/18/2021 | 2000295 | $795.42 | $0.00 | $795.42 | 05/26/2021 |
| | | | | | | | Payment for 8/2020 | |
| 501-0 | M & T BANK | | 04/15/2021 | 1229195 | $795.42 | $0.00 | $795.42 | 04/20/2021 |
| | | | | | | | Payment for 6/2020 | |
| 501-0 | M & T BANK | | 03/17/2021 | 1228176 | $795.42 | $0.00 | $795.42 | 03/23/2021 |
| | | | | | | | Payment for 5/2020 | |
| 501-0 | M & T BANK | | 01/19/2021 | 1226144 | $795.42 | $0.00 | $795.42 | 01/26/2021 |
| | | | | | | | Payment for 4/2020 | |
| 501-0 | M & T BANK | | 12/10/2020 | 1224356 | $795.42 | $0.00 | $795.42 | 12/29/2020 |
| | | | | | | | Payment for 3/2020 | |
| 501-0 | M & T BANK | | 10/15/2020 | 1222593 | $795.42 | $0.00 | $795.42 | 10/21/2020 |
| | | | | | | | Payment for 2/2020 | |
| 501-0 | M & T BANK | | 04/14/2020 | 1216420 | $795.42 | $0.00 | $795.42 | 04/21/2020 |
| | | | | | | | Payment for 1/2020 | |
| 501-0 | M & T BANK | | 03/12/2020 | 1215135 | $795.42 | $0.00 | $795.42 | 03/17/2020 |
| | | | | | | | Payment for 12/2019 | |
| 501-0 | M & T BANK | | 01/16/2020 | 1212472 | $795.42 | $0.00 | $795.42 | 01/22/2020 |
| | | | | | | | Payment for 11/2019 | |
| 501-0 | M & T BANK | | 12/12/2019 | 1211096 | $795.42 | $0.00 | $795.42 | 12/17/2019 |
| | | | | | | | Payment for 9/2019 | |
| 501-0 | M & T BANK | | 12/12/2019 | 1211096 | $795.42 | $0.00 | $795.42 | 12/17/2019 |
| | | | | | | | Payment for 10/2019 | |
| 501-0 | M & T BANK | | 10/10/2019 | 1208651 | $795.42 | $0.00 | $795.42 | 10/16/2019 |
| | | | | | | | Payment for 8/2019 | |
| 501-0 | M & T BANK | | 09/26/2019 | 1207440 | $795.42 | $0.00 | $795.42 | 10/01/2019 |
| | | | | | | | Payment for 7/2019 | |
| 501-0 | M & T BANK | | 08/07/2019 | 1205985 | $795.42 | $0.00 | $795.42 | 08/13/2019 |
| | | | | | | | Payment for 6/2019 | |
| 501-0 | M & T BANK | | 07/11/2019 | 1204619 | $795.42 | $0.00 | $795.42 | 07/16/2019 |
| | | | | | | | Payment for 5/2019 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | M & T BANK | | 06/06/2019 | 1203226 | $795.42 | $0.00 | $795.42 | 06/11/2019 |
| | | | | | | DisbDescrp | Payment for 3/2019 | |
| 501-0 | M & T BANK | | 06/06/2019 | 1203226 | $795.42 | $0.00 | $795.42 | 06/11/2019 |
| | | | | | | | Payment for 4/2019 | |
| 501-0 | M & T BANK | | 04/11/2019 | 1200571 | $795.42 | $0.00 | $795.42 | 04/16/2019 |
| | | | | | | | Payment for 1/2019 | |
| 501-0 | M & T BANK | | 04/11/2019 | 1200571 | $795.42 | $0.00 | $795.42 | 04/16/2019 |
| | | | | | | | Payment for 2/2019 | |
| 501-0 | M & T BANK | | 01/10/2019 | 1196834 | $795.42 | $0.00 | $795.42 | 01/15/2019 |
| | | | | | | | Payment for 12/2018 | |
| 501-0 | M & T BANK | | 12/13/2018 | 1195451 | $775.77 | $0.00 | $775.77 | 12/18/2018 |
| | | | | | | | Payment for 11/2018 | |
| 501-0 | M & T BANK | | 11/08/2018 | 1194064 | $775.77 | $0.00 | $775.77 | 11/14/2018 |
| | | | | | | | Payment for 10/2018 | |
| 501-0 | M & T BANK | | 10/10/2018 | 1192691 | $775.77 | $0.00 | $775.77 | 10/16/2018 |
| | | | | | | | Payment for 8/2018 | |
| 501-0 | M & T BANK | | 10/10/2018 | 1192691 | $775.77 | $0.00 | $775.77 | 10/16/2018 |
| | | | | | | | Payment for 9/2018 | |
| 501-0 | M & T BANK | | 09/06/2018 | 1191374 | $775.77 | $0.00 | $775.77 | 09/11/2018 |
| | | | | | | | Payment for 7/2018 | |
| 501-0 | M & T BANK | | 07/12/2018 | 1188674 | $775.77 | $0.00 | $775.77 | 07/17/2018 |
| | | | | | | | Payment for 5/2018 | |
| 501-0 | M & T BANK | | 07/12/2018 | 1188674 | $775.77 | $0.00 | $775.77 | 07/17/2018 |
| | | | | | | | Payment for 6/2018 | |
| 501-0 | M & T BANK | | 05/15/2018 | 1185978 | $775.77 | $0.00 | $775.77 | 05/21/2018 |
| | | | | | | | Payment for 3/2018 | |
| 501-0 | M & T BANK | | 05/15/2018 | 1185978 | $775.77 | $0.00 | $775.77 | 05/21/2018 |
| | | | | | | | Payment for 4/2018 | |
| | | | | Sub-totals: | $53,373.45 | $0.00 | $53,373.45 | |
| | | | | Grand Total: | $53,373.45 | $0.00 | | |

# Disbursements for Claim

**Case:** 16-04475    EDWARD SILFIES

**M & T BANK**
P.O. BOX 1288

BUFFALO, NY  14240

**Acct No:** 7940/PRE ARREARS/20 ROBIN

LOAN MODIFICATION

**Sequence:** 24
**Modify:**
**Filed Date:** 12/13/2016 12:00:00AM
**Hold Code:** D

|  |  | Debt: | $902.90 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $118,931.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $902.90 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | DisbDescrp |  |
| **5200** | **M & T BANK** |  |  |  |  |  |  |  |
| 520-0 | M & T BANK |  | 12/05/2017 | 1177372 | $390.83 | $0.00 | $390.83 | 12/11/2017 |
| 520-0 | M & T BANK |  | 11/08/2017 | 1175972 | $390.83 | $0.00 | $390.83 | 11/14/2017 |
| 520-0 | M & T BANK |  | 09/19/2017 | 1173350 | $121.24 | $0.00 | $121.24 | 09/25/2017 |
|  |  |  | Sub-totals: |  | $902.90 | $0.00 | $902.90 |  |
|  |  |  | Grand Total: |  | $902.90 | $0.00 |  |  |