United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 16-04475-MJC |
|---|---|
| Edward Silfies | Chapter 13 |
| Kelly Elliott | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 21, 2024 | Form ID: 3180W | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward Silfies, Kelly Elliott, 28 Robin Lane, Hawley, PA 18428-8284 |
| 4850027 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 4892815 | + | PPL Utilities, P.O. Box 9001845, Louisville, KY 40290-1845 |
| 4850038 | + | Tridentasset.com, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 4850039 | + | Wayne Enterprises, 742 Main Street Suite 2, Honesdale, PA 18431-1855 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2024 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Nationstar Mortgage, LLC d/b/a RightPath, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 21 2024 18:41:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 21 2024 18:41:00 | Santander Consumer USA Inc., PO Box 660633, Dallas, TX 75266-0633 |
| 4851809 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 21 2024 18:41:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6444 |
| 4850028 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 21 2024 18:41:00 | American Honda Finance, 1220 Old Alpharetta Road, Alpharetta, GA 30005 |
| 4887454 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2024 18:51:46 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 4850029 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2024 18:51:47 | Cach Llc, 4340 S Monaco, Second Floor, Denver, CO 80237 |
| 4858760 | | EDI: CAPITALONE.COM | Feb 21 2024 23:41:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4850030 | + | EDI: CONVERGENT.COM | Feb 21 2024 23:41:00 | Convergent Outsourcing, Po Box 9004, Renton, WA 98057-9004 |
| 5523747 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 21 2024 18:41:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 5523746 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 21 2024 18:41:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 4850031 | | Email/Text: camanagement@mtb.com | Feb 21 2024 18:41:00 | M & T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 4865661 | | Email/Text: camanagement@mtb.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 21 2024 18:41:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 4850032 | + | Email/Text: Bankruptcies@nragroup.com | Feb 21 2024 18:41:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4858173 | + | EDI: PRA.COM | Feb 21 2024 23:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4862308 | + | Email/Text: bankruptcynotices@psecu.com | Feb 21 2024 18:41:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4850033 | + | Email/Text: bankruptcynotices@psecu.com | Feb 21 2024 18:41:00 | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 4850034 | + | EDI: PRA.COM | Feb 21 2024 23:41:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 4859712 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 21 2024 18:41:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 4850036 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 21 2024 18:41:00 | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 4850035 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 21 2024 18:41:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 5310292 | + | Email/Text: BKRMailOps@weltman.com | Feb 21 2024 18:41:00 | Scott D. Fink, Pennsylvania State Employees, Credit Union, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 4850037 | | EDI: SYNC | Feb 21 2024 23:41:00 | Syncb/polaris Consumer, C/o Po Box 6153, Rapid City, SD 57709 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5403741 | | Community Loan Servicing,, LLC |
| 5403742 | | Community Loan Servicing,, LLC, Community Loan Servicing,, LLC |
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4859865 | *+ | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed**

below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper matthew.fissel@brockandscott.com wbecf@brockandscott.com |
| Michael J Clark | on behalf of Creditor M&T BANK pabk@logs.com |
| Michael Patrick Farrington | on behalf of Creditor Community Loan Servicing LLC mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| Michelle McGowan | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust mimcgowan@raslg.com |
| Raymond W. Ferrario | on behalf of Debtor 2 Kelly Elliott raymondwferrariopc@comcast.net ferrariobk@comcast.net |
| Raymond W. Ferrario | on behalf of Debtor 1 Edward Silfies raymondwferrariopc@comcast.net ferrariobk@comcast.net |
| Scott D Fink | on behalf of Creditor PSECU bronationalecf@weltman.com PitEcf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Edward Silfies<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–3540<br>EIN __–_____ | |
| Debtor 2: Kelly Elliott<br>(Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–2901<br>EIN __–_____ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  5:16–bk–04475–MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edward Silfies
aka Ed Silfies

Kelly Elliott
aka Kelly Silfies, aka Kelly Ann Elliott–Silfies

2/21/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**