United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-04475-MJC |
| Edward Silfies | Chapter 13 |
| Kelly Elliott | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 21, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

**Recip ID**     **Recipient Name and Address**
\+     ARAMARK CAMPUS LLC, ATTN: PAYROLL, 1101 MARKET STREET, PHILADELPIHA, PA 19107-2926

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:

**Name**      **Email Address**

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

Matthew K. Fissel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper matthew.fissel@brockandscott.com  wbecf@brockandscott.com

Michael J Clark
    on behalf of Creditor M&T BANK pabk@logs.com

Michael Patrick Farrington
    on behalf of Creditor Community Loan Servicing  LLC mfarrington@kmllawgroup.com

Michael Patrick Farrington

| | |
|---|---|
| | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| Michelle McGowan | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust mimcgowan@raslg.com |
| Raymond W. Ferrario | on behalf of Debtor 2 Kelly Elliott raymondwferrariopc@comcast.net ferrariobk@comcast.net |
| Raymond W. Ferrario | on behalf of Debtor 1 Edward Silfies raymondwferrariopc@comcast.net ferrariobk@comcast.net |
| Scott D Fink | on behalf of Creditor PSECU bronationalecf@weltman.com PitEcf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Edward Silfies, | : | Case No. 5:16-04475-MJC |
| Kelly Elliott, | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER

Upon consideration of Debtors' Motion to Terminate Order of Garnishment, Dkt. # 140 ("Motion"), it is

**ORDERED** that the Motion is hereby **GRANTED** and the Wage Attachment entered in the herein case pursuant to Order dated April 12, 2021 is hereby terminated.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: February 21, 2024