Fill in this information to identify the Fill in this information to identify the case:

Debtor 1  Edward Silfies aka Ed Silfies

Debtor 2  Kelly Elliott aka Kelly Silfies aka Kelly Ann Elliott-Silfies

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number  16-04475 MJC

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Community Loan Servicing, LLC

**Court claim no**. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 9220

**Date of payment change:**
Must be at least 21 days after date of this notice                06/01/2022

**New total payment:**                $761.88
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $349.04     **New escrow payment:** $ 326.89

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%   **New interest rate:** _____%

   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   **Current mortgage payment:** $_____     **New mortgage payment:** $_____

Official Form 410S1                   Notice of Mortgage Payment Change                   page 1

Case 5:16-bk-04475-MJC   Doc   Filed 05/10/22   Entered 05/10/22 15:47:01   Desc
Document ID: 0746704cca08e58f77bb4e86d76b711a22fe0a3989d8c4594797o3e248529ae1
Main Document   Page 1 of 2

| Debtor(s) | Edward Silfies, Kelly Elliott | Case number (*if known*) 16-04475 MJC |
|---|---|---|
| | First Name    Middle Name | Last Name |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Rebecca Solarz*                     Date   05/10/2022
Signature
Print: Rebecca Solarz
10 May 2022, 12:26:30, EDT

Title   Attorney for Creditor

Company   KML Law Group, P.C.

Address   701        Market Street, Suite 5000
          Number     Street
          Philadelphia,                    PA    19106
          City                             State  ZIP Code

Contact phone  (215) 627–1322        Email  bkgroup@kmllawgroup.com

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2

Case 5:16-bk-04475-MJC    Doc    Filed 05/10/22    Entered 05/10/22 15:47:01    Desc
Document ID: 0746704cca08e58f77bb4e86d76b711a22fe0a3989d8c4594797o3e248529ae1
Main Document    Page 2 of 2