# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Edward Silfies a/k/a Ed Silfies and<br>Kelly Elliott a/k/a Kelly Silfies a/k/a Kelly Ann Elliott-Silfies<br><br>    Debtor(s)<br><br>Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust<br>    Movant<br>vs.<br><br>Edward Silfies a/k/a Ed Silfies and<br>Kelly Elliott a/k/a Kelly Silfies a/k/a Kelly Ann Elliott-Silfies<br>    Debtor(s)<br><br>Jack N. Zaharopoulos,<br>    Trustee | BK NO. 16-04475 MJC<br><br>Chapter 13<br><br>Related to Claim No. 6-2 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 15, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Kelly Elliott a/k/a Kelly Silfies a/k/a Kelly Ann Elliott-Silfies
28 Robin Lane
Hawley, PA 18428

Edward Silfies a/k/a Ed Silfies
28 Robin Lane
Hawley, PA 18428

Attorney for Debtor(s) (via ECF)
Raymond W. Ferrario, Esquire
Raymond W. Ferrario, P.C.
538 Biden Street, Ste. 528
Scranton, PA 18503-1816

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: May 15 , 2023

                                                         */s/ Michael P. Farrington*
                                                         Michael P. Farrington Esquire
                                                         Attorney I.D. 329636
                                                         KML Law Group, P.C.
                                                         BNY Mellon Independence Center
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106
                                                         201-627-1322
                                                         mfarrington@kmllawgroup.com